**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| Ardent Outdoors, Inc., | ) | |
| | ) | |
| | ) | Case No. 4:14-cv-0675-TCM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Edge Rods LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT EDGE RODS, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO CONDUCT JURISDICTIONAL DISCOVERY

Defendant Edge Rods LLC, by and through its undersigned counsel, states that it has no objection to Plaintiff's motion to conduct jurisdictional discovery. In the event the Court believes such discovery is necessary, the discovery should be limited to the issues raised in Defendant's motion to dismiss and be appropriately limited in scope.

Respectfully submitted,

POLSINELLI PC

By: /s/ Keith J. Grady
     KEITH J. GRADY (#46757)
     100 South Fourth Street, Suite 1000
     St. Louis, Missouri 63102
     (314) 889-8000
     Fax No. (314) 231-1776
     kgrady@polsinelli.com

ATTORNEYS FOR DEFENDANT
EDGE RODS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent Notice of Electric Filing to the following:

Nelson D. Nolte, Esq.
Polster, Lieder, Woodruff & Lucchesi, L.C.
12412 Powerscourt Drive
Suite 200
St. Louis, Missouri 63131
(314) 238-2400
(314) 238-2401
ATTORNEYS FOR PLAINTIFF
ARDENT OUTDOORS, INC.

/s/ Keith J. Grady_____