IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____

Ardent Outdoors, Inc.,

                              Plaintiff,                **Case No.  4:14-cv-0675**

              v.                                         **JURY TRIAL DEMANDED**

Edge Rods LLC

                              Defendant.

_____

**JOINT MOTION FOR EXTENSION OF TIME
TO SUPPLEMENT PLEADINGS ON MOTION DISMISS**

      Plaintiff Ardent Outdoors, Inc. ("Ardent") and Defendant Edge Rods, LLC ("Edge Rods") hereby move, pursuant to Federal Rule of Civil Procedure 6(b), for the entry of an order extending the deadline for supplementing pleadings with respect to Defendant's motion to dismiss provided in the Court's September 17, 2014 order by two weeks (until December 10, 2014).

      In support of their motion, the parties state that they are pursuing settlement and believe settlement may be possible.

      WHEREFORE, for the foregoing reasons, Ardent and Edge Rods respectfully request that the Court enter an Order extending the deadline of the Court's September 17, 2014 Order for the parties to supplement pleadings to December 10, 2014.

1

Dated: November 26, 2014         Respectfully submitted,


/s/Nelson D. Nolte
Nelson D. Nolte (#53470)
NOLTE LAW FIRM
918 Pontoison Dr.
Manchester, MO 63021
(314) 452-1211 *(Telephone)*
(314) 266-6771 *(Facsimile)*
nn@noltefirm.com

*Attorney for Plaintiff Ardent Outdoors, Inc.*

Dated: November 26, 2014         Respectfully submitted,


/s/Keith J. Grady
Keith J. Grady (#46757)
POLSINELLI PC
100 S. Fourth Street, Suite 1100
St. Louis, MO 63102
(314) 889-8000 *(Telephone)*
(314) 231-1776 *(Facsimile)*
kgrady@polsinelli.com

*Attorney for Defendant Edge Rods, LLC*